# 33ʳᴰ JUDICIAL DISTRICT COURT FOR THE PARISH OF ALLEN

## STATE OF LOUISIANA

NO.: C-2025-032                                    DIVISION:

## GEORGE EAVES

*versus*

## WALMART INC.

FILED: _____        _____
                                                                        DEPUTY CLERK

## PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes George Eaves, a major and resident of Oakdale, Louisiana, who for his Petition for Damages, aver to wit:

1.

Made Defendants herein are:

1. Walmart, Inc. ("Walmart") upon information and belief a business corporation, authorized to do and doing business in the State of Louisiana and doing business as "Walmart";

2. Jane Doe ("Doe") upon information and belief a major and resident of Louisiana.

2.

Defendants are liable unto Plaintiff for damages resulting from an incident that occurred on or about February 7, 2024, in Oakdale, Louisiana.

3.

On or about February 7, 2024, plaintiff, George Eaves was an invitee at Oakdale Walmart, where he has gone to pick up a "Walmart pick up order". Mr. Eaves was sitting in his vehicle when a Walmart employee approached his vehicle with his to go order in a Walmart cart. The Walmart cart is equipped with a tongue used for Walmart employees to pull the cart. Mr. Eaves was standing outside of his truck and "Jane Doe" and emplaoyee of Walmart put the tongue of the Walkmart Cart down, directly behind Mr. Eaves legs creating a trip hazard. Mr. Eaves turned to walk away from his truck; the tongue tripped him causing him to fall to the ground in a violent way.

1 | Page

4.

The accident made subject matter of this litigation and the damages suffered by plaintiff were caused by the negligence of the defendant, Walmart, Inc. and/or its employee, "Jane Doe" which negligence can be seen through the following particulars:

a) Inattention;

b) Creating a trip hazard;

c) Failure to properly handle the order pickup;

d) Failure to take steps which should have prevented the incident;

e) Failure to follow proper protocol; and

f) Failure to see what should have been seen and failure to do what should have been done.

5.

Walmart Inc. is a for-profit business corporation doing business in the State of Louisiana.

6.

Walmart Inc. is charged with the duty to train and supervise employees within its employment.

7.

The injuries suffered by plaintiff herein were caused by the negligence of the defendant, Walmart Inc., as seen through the following particulars:

a) Failure to train and/or supervise and/or monitor its employees;

b) Failure to do what a reasonable employer would have done under the circumstances; and

c) Failure to establish and enforce safety rules to protect its customers from trip hazard.

8.

The identity of Jane Doe is unknown, but will be ascertained through appropriate discovery methods.

9.

Walmart is vicariously liable for the actions of Jane Doe as contemplated by the provision of Louisiana Civil Code at Article 2320 which provides in pertinent part:

> Masters and servants are answerable for the damage occasioned by their servants and overseers, in the exercise of the functions in which they are employed.
>
> Teachers and artisans are answerable for the damage caused by their scholars or apprentices while under their superintendence.

10.

Walmart Inc. is thus liable *in solido* for all damages caused by Jane Doe as well as for damages occasioned by its own negligence.

11.

George Eaves suffered damages caused by the negligence of defendant, which damages can be seen through the following particulars:

a) Pain, humiliation, and suffering;

b) Inconvenience;

c) Loss of enjoyment of life;

d) Bodily injuries;

e) Scarring;

f) Mental anguish, aggravation;

g) Medical expenses, both past & future; and

h) General damages.

**WHEREFORE**, Plaintiff, George Eaves, prays:

I. That Defendants, Walmart Inc. be served with a copy of this Petition for Damages and duly cited to answer same;

II. That after all legal delays and due proceedings are had, there be judgment rendered herein in favor of your Plaintiff and against Defendants, in solido, in an amount which is reasonable in the premises, together with legal interest from the date of judicial demand, until paid, and for all costs of these proceedings;

III. That there be judgment herein in favor of Plaintiff and against Defendants, finding that defendant was fully at fault in the instant incident;

IV.  That there be judgment herein in favor of your Plaintiff and against Defendants, finding that Plaintiff was in no way at fault and in no way contributed to this incident;

V.  For any and all general and equitable relief to which Plaintiff may be entitled.

Respectfully submitted:

JONES & HILL, LLC

By: _____
J. CRAIG JONES, #17648
131 Highway 165 South
Oakdale, Louisiana 71463
Telephone: (318) 335-1333
Facsimile: (318) 335-1934
Attorneys for Plaintiff

Please serve as follows:

Walmart Inc.
Through Their Registered Agent
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

A TRUE & CORRECT COPY OF
ORIGINAL FILED: FEB 0 7 2025
OBERLIN, LA.       FEB 0 7 2025
_____
~~Deputy~~ Clerk of Court
ALLEN PARISH, LA.

## 33RD JUDICIAL DISTRICT COURT FOR THE PARISH OF ALLEN

## STATE OF LOUISIANA

NO.: C-2025-032

DIVISION: ___

**GEORGE EAVES**

*versus*

**WALMART INC.**

FILED: _____

DEPUTY CLERK

## REQUEST FOR NOTICE OF TRIAL DATE

TO THE CLERK OF COURT PARISH OF ALLEN STATE OF LOUISIANA:

PLEASE TAKE NOTICE that J. Craig Jones, attorney for plaintiffs herein, **GEORGE EAVES** hereby requests written notice of the date of trial of the above-captioned matter, as well as notice of hearings (whether on merits or otherwise), orders, judgments, and interlocutory decrees, and any and all formal steps taken by the parties herein, the Judge, or any member of the Court as provided in Louisiana Code of Civil Procedure, particularly Articles 1572, 1913, and 1914.

Respectfully submitted:

JONES & HILL, LLC

By: _____
J. CRAIG JONES, #17648
131 Highway 165 South
Oakdale, Louisiana 71463
Telephone: (318) 335-1333
Facsimile: (318) 335-1934
Attorney for Plaintiff